# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| BENDIX COMMERCIAL VEHICLE SYSTEMS LLC, <br><br> KNORR-BREMSE SYSTEME FÜR NUTZFAHRZEUGE GMBH, <br><br>  and <br><br> BENDIX SPICER FOUNDATION BRAKE LLC, <br><br> Plaintiffs, <br> v. <br><br> HALDEX BRAKE PRODUCTS CORPORATION, <br><br> Defendant. | Case No. 1:09-CV-0176 <br><br> JUDGE DONALD C. NUGENT |

**DEFENDANT HALDEX BRAKE PRODUCTS CORPORATION'S CROSS-MOTION FOR SUMMARY JUDGMENT OF NON-INFRINGEMENT**

Defendant Haldex Brake Products Corporation respectfully moves this Court, pursuant to Rule 56 of the Federal Rules of Civil Procedure and Local Rule 7.1, for partial summary judgment that Haldex has not infringed Claims 1 – 28, 31 – 32, 35 – 36, 39, 43, 47, 51, 56, 64, 66, and 72 of U.S. Reissue Patent No. RE38,874.

The grounds for this Motion are included in the Memorandum in Support of Haldex's Opposition to Plaintiffs' Motion for Summary Judgment of Infringement and Haldex's Cross-Motion for Summary Judgment of Non-Infringement [Docket No. 52] filed concurrently with this motion. A proposed Order is also being filed herewith.

      Respectfully submitted,

Dated: March 22, 2010   _____
      Wesley W. Whitmyer, Jr.
      Richard J. Basile
      Benjamin J. Lehberger
      Michael J. Kosma
      ST. ONGE STEWARD JOHNSTON & REENS LLC
      986 Bedford Street
      Stamford, Connecticut  06905-5619
      Telephone: (203) 324-6155
      Facsimile: (203) 327-1096
      Email: litigation@ssjr.com

      Joshua M. Ryland  (Reg. No. 0071758)
      Renner, Otto, Boisselle Sklar, LLP
      1621 Euclid Avenue, 19th Floor
      Cleveland, OH 44115
      Telephone: 216- 621-1113
      Facsimile: 216-621-6165
      jryland@rennerotto.com

      *Attorneys for Defendant*
      *Haldex Brake Products Corporation*

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 22, 2010, a true and correct copy of the foregoing DEFENDANT HALDEX BRAKE PRODUCTS CORPORATION'S CROSS-MOTION FOR SUMMARY JUDGMENT OF NON-INFRINGEMENT was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

                                                                   s/ Joshua M. Ryland
                                                                   *Attorney for Haldex Brake Products Corporation*