IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| Bendix Commercial Vehicle Systems LLC, et al., | ) ) CASE NO. 1:09 CV 176 |
| Plaintiffs, | ) ) ) |
| v. | ) JUDGE DONALD C. NUGENT ) |
| Haldex Brake Products Corp., | ) MEMORANDUM OPINION ) AND ORDER |
| Defendant. | ) |

This matter is before the Court as a result of a discovery dispute between the parties. The Court has conducted an in camera review of a previously identified set of documents to determine whether privilege has been waived with respect to these documents, or whether they are protected from production based on the attorney work product doctrine or other privilege. Having reviewed all of the documents at issue, the Court finds that documents 46-49, 72, and 75-76 (from Haldex's privilege log), are all protected by the work product doctrine or are otherwise privileged and need not be turned over to the Plaintiff. IT IS SO ORDERED.

    /s/ Donald C. Nugent
Donald C. Nugent
United Stated District Judge

Date: August 27, 2010