IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| BENDIX COMMERCIAL VEHICLE SYSTEMS LLC, et al., | ) ) ) ) | CASE NO. 1:09 CV 176 |
| Plaintiffs, | ) ) | |
| v. | ) ) | JUDGE DONALD C. NUGENT |
| HALDEX BRAKE PRODUCTS CORPORATION, | ) ) ) | MEMORANDUM OPINION AND ORDER |
| Defendant. | ) | |

As agreed by the parties at the close of the jury trial on September 28, 2010, each party may submit a brief outlining their position on the remaining legal issues no later than October 15, 2010. Any replies or oppositions to the original briefs shall be submitted to the Court on or before October 22, 2010.

IT IS SO ORDERED.

DATED: September 29, 2010

DONALD C. NUGENT
United States District Judge